FILED ___ ENTERED ___
RECEIVED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 1 4 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

James Truhe,

      Plaintiff,

          v.

Gary Lee,

      Defendant.

Case No.: 2:14-cv-457-JAD-GWF

**Order**

Based on the findings and conclusions stated on the record during the January 14, 2015, hearing,

It is HEREBY ORDERED that Lee's Motion to Dismiss **[Doc. 10] is DENIED.**

It is FURTHER ORDERED that Truhe's Motion for Summary Judgment **[Doc. 14] is DENIED WITHOUT PREJUDICE**.

DATED: January 14, 2015.

Jennifer A. Dorsey
United States District Judge