JOSEPHINE BINETTI McPEAK
Nevada Bar No. 7994
RORY T. KAY
Nevada Bar No. 12416
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:   702.873.9966
E-mail:  jmcpeak@mcdonaldcarano.com
          rkay@mcdonaldcarano.com

*Attorneys for Plaintiff James Truhe*

# IN THE U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES TRUHE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GARY S. LEE, an individual,<br><br>Defendant. | Case No.  2:14-cv-00457-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF JAMES TRUHE'S TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

Plaintiff James Truhe ("Plaintiff") and Defendant Gary S. Lee ("Defendant"), by and through their counsel of record, do hereby stipulate and agree to continue Plaintiff James Truhe's time to answer or otherwise respond to Defendant's counterclaims.  Plaintiff began this action by filing his Complaint against Defendant on March 27, 2014, and he served Defendant by publication between June 4, 2014, and June 25, 2014.  *See* ECF Doc. Nos. 1 and 8.  Defendant responded by filing a Motion to Dismiss, which the Court denied on January 14, 2015.  *See* ECF Doc. Nos. 10 and 29. Defendant then filed an answer and asserted counterclaims against Plaintiff on February 11, 2015. *See* ECF Doc. No. 32.  Pursuant to Rules 5, 6, and 12 of the Federal Rules of Civil Procedure, Plaintiff's answer or other responsive document is due on March 9, 2015.

Plaintiff and Defendant have reached a settlement in principle on this matter.  While they

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE· SUITE 1200 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966

draft and finalize the settlement documents, Plaintiff and Defendant request that Court extend the time for Plaintiff to answer or otherwise respond to Defendant's counterclaims to March 23, 2015. Although Plaintiff and Defendant do not believe an answer or other responsive document will be needed, they request this extension out of an abundance of caution should finalizing the settlement documents take longer than they anticipate.

RESPECTFULLY SUBMITTED on March 6, 2015.

McDONALD CARANO WILSON LLP          MICHAEL B. LEE, P.C.


/s/ *Rory T. Kay*                             /s/ *Michael B. Lee*
Josephine Binetti McPeak, Esq. (#7994)        Michael B. Lee, Esq. (#10122
Rory T. Kay, Esq. (#12416)                    2000 S. Eastern Avenue
2300 W. Sahara Avenue, Suite 1200             Las Vegas, Nevada 89104
Las Vegas, Nevada 89102                       E-mail: mike@mblnv.com
E-mail: jmcpeak@mcdonaldcarano.com
        rkay@mcdonaldcarano.com

*Attorneys for Plaintiff James Truhe*          *Attorney for Defendant Gary S. Lee*


                                              IT IS SO ORDERED:


                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge

                                              DATED:   March 9, 2015


SUBMITTED BY:

McDONALD CARANO WILSON LLP


/s/ *Rory T. Kay*
Josephine Binetti McPeak, Esq. (#7994)
Rory T. Kay, Esq. (#12416)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
E-mail: jmcpeak@mcdonaldcarano.com
        rkay@mcdonaldcarano.com

*Attorneys for Plaintiff James Truhe*

2