JOSEPHINE BINETTI McPEAK
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
RORY T. KAY
Nevada Bar No. 12416
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:   702.873.9966
E-mail:  jmcpeak@mcdonaldcarano.com

*Attorneys for Plaintiff James Truhe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES TRUHE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARY S. LEE, an individual,<br><br>　　　　　Defendant. | Case No.  2:14-cv-00457-JAD-GWF<br><br>**ERRATA TO APPLICATION FOR ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR** |

After Judgment Creditor James Truhe ("Truhe") filed an Application for Order Allowing Examination of Judgment Debtor (the "Application") on December 15, 2015, Truhe and Judgment Debtor Gary S. Lee ("Lee") agreed to hold Truhe's requested Judgment Debtor Exam on February 10, 2016 at 2:00 p.m.  Additionally, the Court contacted Truhe's counsel and requested a proposed order regarding the Application.  Accordingly, Truhe submits the following proposed order consistent with the Court's instructions and his agreement with Lee:

1. Pursuant to NRS 21.270, Lee is required to appear for a Judgment Debtor Exam on February 10th, 2016 at 2:00 p.m. at the law offices of McDonald Carano Wilson LLP, located at 2300 West Sahara Avenue, Suite 1200, Las Vegas, Nevada 89102.

2. During the Exam, Lee shall answer questions under oath regarding his property, holdings, and other assets which may be executed upon to satisfy the Judgment entered against him by this Court.

3. The Exam will be conducted by Truhe's counsel and shall be transcribed by a court reporter. The transcript will be preserved for two years.

4. No later than February 3, 2016, Lee is also required to produce to Truhe's counsel all of the records and documents listed in the Application.

RESPECTFULLY SUBMITTED this 7th day of January, 2016.

                        McDONALD CARANO WILSON LLP

By: */s/ Rory T. Kay*
     Josephine Binetti McPeak (#7994)
     Rory T. Kay (#12416)
     2300 W. Sahara Avenue, Suite 1200
     Las Vegas, NV 89102
     Telephone: 702.873.4100
     Facsimile: 702.873.9966
     E-mail: jmcpeak@mcdonaldcarano.com

*Attorneys for Plaintiff James Truhe*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2016

349894